1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  REGINALD EDWARD SPEARMAN,         No.  2:21-CV-1216-KJM-DMC-P

12             Plaintiff,

13       v.                        ORDER

14  B-SIDE BAR,

15             Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18  42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19  Eastern District of California local rules.

20          On September 9, 2021, the Magistrate Judge filed findings and recommendations

21  herein which were served on the parties and which contained notice that the parties may file

22  objections within the time specified therein.  No objections to the findings and recommendations

23  have been filed.

24          The Court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and the Magistrate Judge's analysis.

26          Accordingly, IT IS HEREBY ORDERED:

27          1.     The findings and recommendations filed September 8, 2021, are adopted in

28  full;

1        2.       This action is dismissed for failure to state a claim; and

2        3.       The Clerk of the Court is directed to enter judgment and close this file.

3  DATED:  April 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE